UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR SERRANO CORREA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. ) | Civil Action No.  1:25-cv-02913 (UNA) |

## MEMORANDUM OPINION

On September 11, 2025, the Court ordered Plaintiff to file an Amended Complaint, correcting several deficiencies, and to file a renewed Application for Leave to Proceed *in forma pauperis* ("IFP") that adequately apprised the Court regarding his income, assets, expenses, and debts.  To date, Plaintiff has neither filed a renewed IFP Application nor requested additional time to do so.

Furthermore, although Plaintiff has filed an Amended Complaint, ECF No. 6, as pleaded, it largely fails to correct the deficiencies specifically noted by the Court.  More specifically, Plaintiff still improperly attempts to bring this matter as a class action, and he still presents a general grievance without a redressable injury particularized to himself, again failing to establish standing.  *See generally id*.

Accordingly, Plaintiff's original deficient IFP Application, ECF No. 2, is denied, and this matter is dismissed without prejudice.  Plaintiff's other pending Motions, ECF Nos. 4, 5, are both denied as moot.  A separate Order accompanies this Memorandum Opinion.

Date:  December 17, 2025

/s/_____
ANA C. REYES
United States District Judge